**MEMO ENDORSED**

Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, New Jersey  08540-6289
Tel: 609.919.6600
Fax: 609.919.6701
www.morganlewis.comm

**Morgan Lewis**
COUNSELORS AT LAW
A Pennsylvania Limited Liability Partnership

**Thomas A. Linthorst**
609.919.6642
tlinthorst@morganlewis.com

October 4, 2012

**VIA FACSIMILE (914) 390-4170**

The Honorable Vincent L. Briccetti
United States Judge
United States District Court for the Southern
District of New York
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

Re:   Ryan v. JPMorgan Chase & Co., 12-cv-4844 (VLB)

Dear Judge Briccetti:

We represent Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in the above-referenced matter and write to request a one-week extension of time to file the Reply in Support of Defendants' Motion to Dismiss, Or in the Alternative, To Stay Action and Compel Arbitration. Defendants also request an additional two pages, bringing the total pages for the Reply to twelve. Plaintiff consents to these requests.

Plaintiff's original deadline to respond to Defendants' Motion was September 4, and Defendants' Reply was due September 11, 2012. By letters dated August 24, 2012 and September 14, 2012, the Plaintiff's Response was extended to September 18, 2012 and then to September 25, 2012, and Defendants' Reply to October 9, 2012. (Dkt Nos. 7, 9).

Defendants seek an additional one week extension for their Reply, until October 16, 2012, due to pressing obligations in other cases that make it difficult to comply with the October 9 deadline. Defendants also seek two additional pages so that they may adequately address the issues raised by Plaintiff in her Response.

This request for extension does not affect any other deadlines.

If this request is acceptable to Your Honor, we have included a So Ordered line at the bottom.



*[Handwritten endorsement:]* The application for a one-week extension of time to file a Reply is granted. Reply is due 10/16/12. The application to file a Reply brief longer than 10 pages is denied.

So Ordered. [signature] USDJ  10/4/12

The Hon. Vincent L. Briccetti
October 4, 2012
Page 2



Respectfully,

Thomas A. Linthorst

TAL/SRR

c:  Adam T. Klein, Esq. (via email)
    Molly A. Brooks, Esq. (via email)
    Michael J. Scimone, Esq. (via email)
    Donald L. Sapir, Esq. (via email)
    Howard Schragin, Esq. (via email)

**SO ORDERED.**

Dated: _____, 2012     _____

                                                                               Honorable Vincent L. Bricetti
                                                                               United States District Judge